UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | Case No. 15-cv-02670-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES** |

The Court has received and considered the parties' joint case management conference statement and it CONTINUES the case management conference scheduled for November 13, 2015 to March 4, 2016 at 11:00 a.m. The parties shall submit a further case management conference statement by no later than February 26, 2016.

It is FURTHER ORDERED that if the parties cannot resolve their dispute about whether discovery should be permitted, they shall follow this Court's procedures for discovery disputes and shall submit a joint letter brief to the Court setting forth their respective positions on this issue, including any supporting legal authority.

It is FURTHER ORDERED that the parties shall follow the following briefing schedule for cross-motions for summary judgment:

Plaintiffs shall file their opening brief by no later than July 15, 2016, and they shall notice the motion for hearing on a date at least two weeks after the Defendants' final reply brief is due based on the briefing schedule set forth in this Order.

Defendants shall file their cross-motion and opposition brief by no later than July 29, 2016, or two weeks after Plaintiffs file their opening brief.

Plaintiffs shall file their opposition and reply by no later than August 12, 2016, or two

1  weeks after Defendants' file their cross-motion/opposition.

2        Defendants shall file their reply by no later than August 26, 2016, or two weeks after

3  Plaintiffs' file their opposition/reply.

4        If the Court finds the motions are suitable for disposition without a hearing, it shall notify

5  the parties in advance of the hearing date.

6  **IT IS SO ORDERED.**

7  Dated: November 10, 2015

_____
JEFFREY S. WHITE
United States District Judge